FILED
2018 Jan-08 PM 04:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO LASALLE BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF J.P. MORGAN CHASE COMMERCIAL MORTGAGE SECURITIES TRUST 2007-LDP11, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-LDP11, ACTING BY AND THROUGH ITS SPECIAL SERVICER, C-III ASSET MANAGEMENT LLC, <br><br>    **Plaintiff,** <br> v. <br><br> LG-328 HUNTSVILLE AL, LLC, <br> LG-369 DECATUR AL, LLC, <br> LG-377 OXFORD AL, LLC, <br> LG-409 FT. OGLETHORPE GA, LLC <br> LG-381 EVANSVILLE IN, LLC, <br> LG-435 BOWLING GREEN KY, LLC, <br> LG-332 W. MONROE LA, LLC, <br> LG-375 CANTON MI, LLC, <br> LG-404 FLOWOOD MS, LLC & <br> LG-379 GALLATIN TN, LLC, <br><br>    **Defendants.** | **CASE NO.: 5:17-CV-01378-AKK** |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as successor by merger to LaSalle Bank, National Association, as Trustee for the registered holders of J.P. Morgan Chase Commercial Mortgage Securities Trust 2007-LDP11,

Commercial Mortgage Pass-Through Certificates, Series 2007-LDP11, acting by and through C-III Asset Management LLC, solely in its capacity as special servicer ("C-III"), and Defendants LG-328 HUNTSVILLE AL, LLC, LG-369 DECATUR AL, LLC, LG-377 OXFORD AL, LLC, LG-409 FT. OGLETHORPE GA, LLC, LG-381 EVANSVILLE IN, LLC, LG-435 BOWLING GREEN KY, LLC, LG-332 W. MONROE LA, LLC, LG-375 CANTON MI, LLC, LG-404 FLOWOOD MS, LLC & LG-379 GALLATIN TN, LLC, jointly stipulate that all claims and this lawsuit should be dismissed, *without prejudice*, costs taxed as paid.

Respectfully submitted the 8th day of January, 2018.

/s/ Matthew M. Cahill
Matthew M. Cahill (AL Bar #: 4087E64C)
Attorney for Plaintiff

OF COUNSEL:
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
420 North 20th Street, Suite 1400
Birmingham, Alabama 35203
205-328-0480
Fax: 205-488-3839
mcahill@bakerdonelson.com

/s/ R. Scott Williams
R. Scott Williams
Attorney for Defendants

OF COUNSEL:
Rumberger, Kirk & Caldwell, P.C.
2204 Lakeshore Drive, Suite 125
Birmingham, AL 35209
205-327-5550
Fax: 205-326-6786
swilliams@rumberger.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served on January 8, 2018 by electronically filing the same, which will send a notification of filing and copy of the foregoing to all counsel of record

/s/ *Matthew M. Cahill*
OF COUNSEL